JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenya Markisha Hutson, ) | Case No. **CV 08-2335-JFW** |
| ) | [CR 04-11-JFW] |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent. ) | |

Pursuant to this Court's October 21, 2008 Order denying Petitioner Kenya Markisha Hutson's Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to Title 28, U.S.C., Section 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

The Clerk is ordered to enter this Judgment.

Dated: October 21, 2008

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE